IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA ALLEN, et al.<br><br>                        Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., PFIZER INC,<br>MONSANTO COMPANY<br>PHARMACIA CORPORATION,<br>and G.D. SEARLE LLC,<br><br>                        Defendants. | Cause No.   3:06-cv-00361-CRB<br><br>MDL:   05-cv-01699<br><br>IN RE: BEXTRA AND<br>CELEBREX MARKETING<br>SALES PRACTICES AND<br>PRODUCT LIABILITY<br>LITIGATION |

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the terms of the parties' stipulation, plaintiff Erters Maxie's claims against the Bextra/Celebrex defendants (Pfizer Inc, Monsanto Company, Pharmacia Corporation, and G.D. Searle LLC) are dismissed without prejudice.

Novmeber 9, 2006

_____
United States District Judge Charles R. Breyer



PFZR/1035934/1099419v.1